IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| PATRICIA ANN WALLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) Civil Action No. 5:13-CV-235-C |
| Defendant. | ) ECF |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on June 25, 2014, in which the recommendation was made to reverse the Commissioner's decision and remand this case for further administrative proceedings. No party filed any objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is REVERSED, and Plaintiff's Complaint is REMANDED for further administrative proceedings.

Dated this 15th day of July, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE